No. 11–10103. BAKER *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–10108. LOPEZ *v.* PHELPS, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10122. MUNOZ *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–10155. SANCHEZ *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 11–10197. HERNANDEZ *v.* CALIFORNIA (two judgments). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–10212. ZEYON *v.* BURNS, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT LAUREL HIGHLANDS. C. A. 3d Cir. Certiorari denied.

No. 11–10224. BUSH *v.* CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10232. BARBARIN *v.* SCRIBNER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10274. ALEXANDER *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE. C. A. 3d Cir. Certiorari denied.

No. 11–10313. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10317. SEARCY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10319. SOTO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10323. BUTTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10331. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.